UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NEDREA RENARDO MCCALL SR.,**

**Plaintiff,**

**v.** **Case No. 6:25-cv-1431-CEM-LHP**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**
____________________________________/

# ORDER

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1). Plaintiff seeks judicial review of the final administrative decision of the Commissioner of Social Security denying his claim for Supplemental Security Income under Title XVI of the Social Security Act. The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 20), recommending that the Commissioner's final decision be affirmed. (*Id.* at 15). Plaintiff filed an Objection (Doc. 21), and the Commissioner did not file a Response.

Pursuant to 28 U.S.C. § 636(b)(1), when a party makes a timely objection, the Court shall review *de novo* any portions of a magistrate judge's R&R concerning specific proposed findings or recommendations to which an objection is made. *See*

*also* Fed. R. Civ. P. 72(b)(3). *De novo* review "require[s] independent consideration of factual issues based on the record." *Jeffrey S. v. State Bd. of Educ. of Ga.*, 896 F.2d 507, 513 (11th Cir. 1990) (per curiam). The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Plaintiff objects to the analysis of step three of the sequential evaluation process as it pertains to physical impairments, (Doc. 21 at 1), and appears to also object to the analysis regarding the Administrative Law Judge's credibility determination of Plaintiff's subjective complaints, (*id.* at 1–2). The Court has reviewed and considered Plaintiff's Objections to the R&R on a *de novo* basis and finds they lack merit. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, the Magistrate Judge's recommended disposition is accepted and the R&R is incorporated herein by reference. *See Williams v. Omega Labs. Inc.*, 2026 WL 1847300, at *2 (11th Cir. June 26, 2026) (holding that a district court need not "restate what was already detailed" by the Magistrate Judge and adopted into the order).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Objection (Doc. 21) is **OVERRULED**.
2. The Report and Recommendation (Doc. 20) is **ADOPTED** and made a part of this Order.

3. The Commissioner's final decision is **AFFIRMED**.
4. The Clerk is directed to enter judgment in favor of the Commissioner and against Plaintiff.
5. Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 6, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party